

January 8, 2015

VIA ECF

Molly C. Dwyer
Clerk of the Court
United States Court of Appeals, Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

    Re:   *Stephanie Lenz v. Universal Music Corp. et al.*
            *Ninth Circuit Case Nos. 13-16106, 13-16107*

Dear Madame Clerk:

    I represent Stephanie Lenz in the above-referenced case, which is before the Court on appeal and has not yet been set for argument. I write to advise the Court that I will be unavailable between April 9 – April 20, 2015.

    Thank you for your kind attention.

                            Very truly yours,

                            /s/ Corynne McSherry

                            Corynne McSherry
                            Counsel for Stephanie Lenz

815 Eddy Street • San Francisco, CA 94109 USA
voice +1 415 436 9333    fax +1 415 436 9993    web www.eff.org    email information@eff.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing Letter of Unavailabilty to be filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 8, 2015. I certify that all participants in the case are registered CM/ECF users and that service will by accomplished by the appellate CM/ECF system.

/s/ Corynne McSherry
Corynne McSherry