

March 5, 2015

<u>VIA ECF</u>

Ms. Molly C. Dwyer
Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

  Re: *Stephanie Lenz v. Universal Music Corp. et al.*
     **Ninth Circuit Case Nos. 13-16106, 13-16107**

Dear Madame Clerk:

 I represent Stephanie Lenz in the above-referenced case, which is before the Court on appeal and has not yet been set for argument. I write to advise the Court that I will be unavailable between August 20 – September 4, 2015.

 Thank you for your kind attention.

           Very truly yours,

           /s/ Corynne McSherry

           Corynne McSherry
           *Counsel for Stephanie Lenz*

815 Eddy Street • San Francisco, CA 94109 USA
*voice* +1 415 436 9333 *fax* +1 415 436 9993 *web* www.eff.org *email* information@eff.org

CERTIFICATE OF SERVICE
===

I hereby certify that I caused copies of the foregoing Letter of Unavailability to be filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 5, 2015. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ Corynne McSherry
    Corynne McSherry