**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHANIE LENZ,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>UNIVERSAL MUSIC CORP.; et al.,<br><br>        Defendants - Appellants. | No. 13-16106<br><br>D.C. No. 5:07-cv-03783-JF<br>Northern District of California,<br>San Jose<br><br>ORDER |
| STEPHANIE LENZ,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNIVERSAL MUSIC CORP.; et al.,<br><br>        Defendants - Appellees. | No. 13-16107<br><br>D.C. No. 5:07-cv-03783-JF<br>Northern District of California,<br>San Jose |

Before: TALLMAN, Circuit Judge.

    The joint motion for a 21-day extension of time to file a petition for rehearing and petition for rehearing en banc in the above-entitled matter is GRANTED. The due date for a petition for rehearing and petition for rehearing en banc is extended to October 20, 2015.